IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VINCENT HENDERSON,** | )( | Civil Action No.: 4:18-cv-413 |
| | )( | (Jury Trial) |
| *Plaintiff,* | )( | |
| | )( | |
| **v.** | )( | |
| | )( | |
| **HARRIS COUNTY, TEXAS,** *et al.,* | )( | |
| | )( | |
| *Defendants.* | )( | |

**PLAINTIFF'S RESPONSE TO
DEFENDANTS' *OPPOSED* MOTION TO CANCEL MEDIATION**

**TO THE HONORABLE JUDGE OF THE COURT:**

NOW COMES Plaintiff VINCENT HENDERSON and pursuant to Federal Rules of Civil Procedure responds to defendants' motion to cancel mediation and will show the following:

**INTRODUCTION**

Vincent Henderson was violently attacked by the defendants in the Harris County jail and facial bones were broken and he suffered intracranial bleeding. His eyes are still blurry. Defendants were forced by the Court to produce many video examples of unjustified use of force at the Harris county jail from 2013 to 2018.

**PROCEDURE**

The Court set a mediation deadline of March 13, 2020.

When approached by Plaintiff to set up a mediation several weeks ago Defendants filed their instant motion to cancel the mediation.

Plaintiff's expert witness deadline is March 30, 2020.

1

## ARGUMENT

Courts set scheduling orders for reasons.

Plaintiff's case has merit as medical records reveal that Defendants had at least a broken nose, concussion, bruises, and blurred vision.

There is a strong claim for *Monell* liability as Defendants produced dozens of videos of unjustified excessive force by Harris County jailers, although they need to produce the full IAD reports as well.

Usually it takes a month to schedule a mediation on a civil rights case so Plaintiff suggests a mediation reset to April 3, 7,8, 9 or 10, 2020.

## CONCLUSION & PRAYER

Plaintiff requests this motion be granted and for all other relief in law and equity to which the Plaintiff shows himself entitled.

Respectfully Submitted,

/s/ Randall L. Kallinen
Randall L. Kallinen
Kallinen Law PLLC
State Bar of Texas No. 00790995
U.S. Southern District of Texas Bar No.: 19417
511 Broadway Street
Houston, Texas 77012
Telephone:    713.320.3785
FAX:          713.893.6737
E-mail:       AttorneyKallinen@aol.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this the 9th day of March 2020 a true and correct copy of the foregoing pleading was delivered in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record.

/s/ Randall L. Kallinen
Randall L. Kallinen