United States District Court
Southern District of Texas
**ENTERED**
March 10, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VINCENT HENDERSON<br>*Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:18-CV-413 |
| HARRIS COUNTY, RON HICKMAN, AND MICHAEL RICHARD,<br>*Defendants.* | § § § § § § § § | JURY DEMANDED |

## ORDER ON DEFENDANTS' OPPOSED MOTION TO CANCEL MEDIATION

The Court, having read the Defendants' Opposed Motion to Cancel Mediation, hereby GRANTS the motion canceling the mediation currently scheduled for March 13, 2020.

DATE: 3-10-20

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE

1