UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| VINCENT HENDERSON, | § | CIVIL ACTION NO. |
| --- | --- | --- |
| Plaintiff, | § | 4:18-cv-00413 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, *et al*, | § | |
| Defendants. | § | |

## ORDER

The agreed motion by the parties to refer this case to a Magistrate Judge for a settlement conference is GRANTED. Dkt 95.

This case is REFERRED to United States Magistrate Judge Andrew M. Edison for a settlement conference. He will determine a mutually convenient date and will contact the parties regarding necessary procedure and preparation. The Magistrate Judge is also given the authority to modify deadlines and adjust this Court's scheduling order as necessary.

SO ORDERED.

Signed on May 3, 2021, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge