# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Vincent Henderson

v.                           Case Number: 4:18−cv−00413

Harris County, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/24/2021

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Settlement Conference

Date:   May 19, 2021                                        Nathan Ochsner, Clerk