United States District Court
Southern District of Texas
**ENTERED**
May 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VINCENT HENDERSON | § § § § |
| VS. | § CIVIL ACTION NO. 4:18-cv-413 § § |
| HARRIS COUNTY et al | § § § § |

### ORDER

The new dispositive motion deadline is June 25, 2021. Any responses to dispositive motions should be filed by July 16, 2021. Any replies in support of dispositive motions should be filed by July 30, 2021.

Signed in Houston, Texas this **24th** day of **May, 2021**.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE