United States District Court
Southern District of Texas
**ENTERED**
June 11, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VINCENT HENDERSON, | § | |
| Plaintiff. | § § § | |
| VS. | § | CIVIL ACTION NO. 4:18-cv-00413 |
| HARRIS COUNTY, *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

The dispositive motion deadlines set forth in Dkt. 98 are suspended.

SIGNED this 11th day of June 2021.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE